FILED'11 JUN 20 11:42 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT JACKSON,

        Petitioner,

   v.

J.E. THOMAS,

        Respondent.

Case No. 1:10-cv-01189-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I agree with Magistrate Judge Clarke that petitioner failed to exhaust his administrative remedies. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#5) is adopted. The petition (#1) is denied and this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this **20** day of June, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER